**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAIRO DE JESUS
PAREDES BECERRA,

Plaintiff,

v.

DIRECTOR OF MONROE
COUNTY JAIL-DORM, et al.,

Defendants.
______________________________/

Case No. 26-12820
Hon. Jonathan J.C. Grey

**ORDER DISMISSING CASE FOR FAILURE TO FILE APPLICATION TO PROCEED WITHOUT PREPAYING COSTS OR FEES OR PAYING FILING FEE**

On August 12, 2026, pro se Petitioner Jairo De Jesus Paredes Becerra filed a petition for habeas corpus regarding deportation. (ECF No. 1.) On August 13, 2026, the Clerk's Office sent Paredes Becerra a notice of filing fee not paid and a form for application to proceed without prepaying fees or costs. (ECF Nos. 3, 4.) The Clerk's Office notified Paredes Becerra that the completed application or filing fee needed to be paid by August 27, 2026.

To date, Paredes Becerra has not paid the required filing fee or filed a completed request to proceed without prepaying fees and costs. Since

Paredes Becerra has not paid the filing fee or filed a completed request to proceed without prepaying fees or costs, the Court finds that Paredes Becerra has abandoned pursuit of this case. For these reasons, **IT IS ORDERED** that the instant cause of action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

Date: September 16, 2026

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 16, 2026.

s/ **S. Osorio**
Sandra Osorio
Case Manager